

**FILED**

08/23/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0362

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0362

CHRISTINA SCHMID and JENNIFER POWERS,

    Plaintiffs and Appellants,

v.

JAE NOTTI, SUSIE NOTTI, and ET CATTLE
COMPANY, LLC,

    Defendants and Appellees.

FILED

AUG 2 3 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Plaintiffs and Appellants Christina Schmid and Jennifer Powers filed a notice of appeal from the Stipulated Final Order Resolving All Pending Claims of the Sixteenth Judicial District Court, Cause No. DV-38-2019-2587.

Appellants assert that this appeal is taken from an order certified as final by the District Court pursuant to M. R. Civ. P. 54(b). Under Rule 54(b)(1), when an action presents more than one claim for relief or when multiple parties are involved the court may direct entry of a final judgment as to one or more, but fewer than all claims or parties only if the court expressly determines that there is no just reason for delay. In the present case, the order being appealed purports to resolve all claims against all parties; therefore, certification is unnecessary. This matter is appealable pursuant to M. R. App. P. 6(1).

IT IS THEREFORE ORDERED that this appeal may proceed.

The Clerk is directed to provide copies of this Order to all counsel of record.

DATED this 23rd day of August, 2022.

_____
Chief Justice

_____

_____

_____

_____
Justices